```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**MICHAEL G. STRANE,**

   Plaintiff,
 vs.            Civil Action 2:07-CV-761
                  Judge Marbley
**MICHAEL J. ASTRUE, Commissioner** Magistrate Judge King
**of Social Security,**

   Defendant.

### ORDER

  On August 8, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

  The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED** and this action is hereby **DISMISSED.**

  The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

               *s/Algenon L. Marbley*
                Algenon L. Marbley
              United States District Judge