**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**MICHAEL G. STRANE,**

        **Plaintiff,**

  vs.                                         **Civil Action 2:07-CV-761**
                                                      **Judge Marbley**
                                                      **Magistrate Judge King**

**MICHAEL J. ASTRUE, Commissioner
of Social Security,**

        **Defendant.**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 2, 2008 Order, the Report and Recommendation is ADOPTED AND AFFIRMED.  The decision of the Commissioner os Social Security is AFFIRMED.  This action is hereby DISMISSED.  Final Judgment entered pursuant to Sentence 4 of 42 U.S.C. §405(g).

Date: **September 2, 2008**                                    **James Bonini, Clerk**

                                                                                 s/Betty L. Clark
                                                                     Betty L. Clark/Deputy Clerk